IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ANTHONY J. COLEMAN JR. a/k/a LENARD WRIGHT,<br><br>    Plaintiff,<br><br>v.<br><br>VIPIN SHAH, M.D.; WEXFORD HEALTH SOURCES; CHRISTINE BROWN, Health Care Unit Administrator; ANGEL RECTOR, N.P.; M. KNOWP, L.P.N.; M. HILL, L.P.N.; MRS. FLOWERS, Nurse; MRS. HARMON, Nurse; BRENDA GALE, Nurse; SARAH FARRIS, Nurse; MR. BAVAN, Correctional Officer; MR. WEBB, Correctional Officer; and MRS. MCBRIDE, Lieutenant,<br><br>    Defendants. | Case No. 11-cv-782-JPG |

**MEMORANDUM AND ORDER**

    This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 178) of Magistrate Judge Philip M. Frazier recommending that the Court grant the motions for summary judgment filed by defendants Vipin Shah, M.D., Angel Rector, Mrs. Flowers, Brenda Gale, M. Hill, L.P.N., M. Knope and Christine Brown (Docs. 127, 130 & 149).  No party has objected to the Report.

    The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation.  Fed. R. Civ. P. 72(b)(3).  The Court must review *de novo* the portions of the report to which objections are made.  *Id.*  "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error."  *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

    The Court has reviewed the Report for clear error and finds none.  Accordingly, the Court:

- **ADOPTS** the Report in its entirety (Doc. 178);

- **GRANTS** the motions for summary judgment filed by defendants Shah, Rector, Flowers, Gale, Hill, Knope and Brown (Docs. 127, 130 & 149); and

- **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

The Court further **ORDERS** the parties to submit an updated proposed final pretrial order to Magistrate Judge Frazier's chambers on or before April 10, 2015.

**IT IS SO ORDERED.**
**DATED: March 3, 2015**

                                               s/ J. Phil Gilbert
                                               **J. PHIL GILBERT**
                                               **United States District Judge**